UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
:
IN RE:                              :           ORDER
:
                                    :      03 MDL 1570 (GBD) (SN)
TERRORIST ATTACKS ON                :
SEPTEMBER 11, 2001                  :
:
------------------------------------x

This document relates to:

*All actions*

GEORGE B. DANIELS, United States District Judge:

On July 18, 2024, Plaintiffs and the FBI submitted a joint proposal to "minimize the volume of redactions that must be individually reviewed by the Court" (ECF No. 10126[1], at 1) in performing its *Lugosch* analysis. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006). Plaintiffs and the FBI propose that they narrow the scope of the redaction review by agreeing to limit the number of disputed redactions. This Court would welcome any joint submission regarding redactions. However, the request to adjourn the July 31, 2024 oral argument date is DENIED.

Prior to the oral argument, this Court will consider any agreement regarding redactions from the parties. The Court will consider any joint submission prior to July 31, 2024 if it is submitted no later than July 26, 2024.

Dated: July 22, 2024
       New York, New York

SO ORDERED.

*George B. Daniels* (signature)
GEORGE B. DANIELS
United States District Judge

---

[1] All ECF citations included herein refer to documents filed on the 9/11 multidistrict litigation docket. *See In re Terrorist Attacks on Sept. 11, 2001*, No. 03-md-1570 (GBD) (SN).